**UNITED STATES BANKRUPTCY COURT**

**District of Connecticut**
**915 Lafayette Blvd**
**Bridgeport, CT 06604**

In re: Hermin M. Watt

Case Number: 15−50064
Chapter: 13

Shellpoint Mortgage Services
4000 Chemical Road, Suite 200
Plymouth Meeting, PA 19462

Dear Sir or Madam:

   This letter is to inform you that a Proof of Claim was filed in your name by the trustee on June 1, 2015 in the amount of $ 9,848.00 .

   Should you wish to dispute the claim, you will need to file a Proof of Claim Form and indicate "supercedes trustee claim" on the face of the claim form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

   Your claim will supercede the claim filed by the trustee.

Dated: 6/2/15

*Gary M Gfell* (signature)

Clerk, U.S. Bankruptcy Court

cc: Hermin M. Watt , Debtor
    Neil Crane, Debtor's Attorney
    Molly T. Whiton, Trustee
    Shellpoint Mortgage Services , Creditor